IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WESTFIELD INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:17-cv-00558-TWP-TAB |
| CRAIG SHIELDS d/b/a CRAIG'S ) | |
| REMODELING & MAINTENANCE, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The parties having so stipulated,

IT IS ORDERED that the above-captioned action is dismissed, with prejudice, each side bearing its own costs.

Date: 1/30/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF